**United States Bankruptcy Court**
**Central District of California**

In re  **Prestige Auto Specialists, Inc.**

Debtor(s)

Case No.

Chapter    **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Robert Zingg**, declare under penalty of perjury that I am the **Business Manager** of **Prestige Auto Specialists, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the _28th_ day of February, 2023.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Robert Zingg, Business Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Robert Zingg, Business Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Robert Zingg, Business Manager** of this Corporation is authorized and directed to employ **Thomas J. Polis, Esq. 119326,** attorney and the law firm of **Polis & Associates, APLC** to represent the corporation in such bankruptcy case."

Date  _03/10/2023_

Signed _Robert Zingg_

Resolution of Board of Directors
of
**Prestige Auto Specialists, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Robert Zingg, Business Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Robert Zingg, Business Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Robert Zingg, Business Manager** of this Corporation is authorized and directed to employ **Thomas J. Polis, Esq. 119326**, attorney and the law firm of **Polis & Associates, APLC** to represent the corporation in such bankruptcy case.

Date ___02/10/2023___      Signed _____
                                               Robert Zingg

Date _____      Signed _____