THOMAS H. CASEY, TRUSTEE (State Bar No. 138264)
26400 La Alameda, Suite 210
Mission Viejo, CA 92691
Telephone: (949) 766-8787
Facsimile: (949) 766-9896

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In Re:<br><br>PRESTIGE AUTO SPECIALISTS, INC.<br><br><br><br><br><br>Debtor. | Case No.: 23-10530-SC<br><br>Chapter 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

COUNSEL: THOMAS J POLIS
TO THE ABOVE NAMED DEBTOR:

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 05/15/2023 at 10:00 AM, for the reason set forth below.  Because of developing issues with the COVID-19 virus and the national declaration of emergency by the President of the United States, §341 Meeting of Creditors will be conducted telephonically.  Conference Line: 1-866-915-2046, Participant Code: 5508970#.  Please contact the Trustee for further instructions.

You failed to appear telephonically at the 341(a) meeting previously scheduled in your matter. You are further notified that in the event you do not appear telephonically, a motion to dismiss your case may be filed by the trustee.

Prestige Auto Specialists, Inc.
1240 N. Van Buren Street, Suite 103
Anaheim, CA 92807

Thomas J Polis
19800 Macarthur Blvd Ste 1000
Irvine, CA 926122433

Dated:   April 25, 2023          /s/ THOMAS H. CASEY
                                  THOMAS H. CASEY, TRUSTEE

I certify that I served the within notice on the above debtor and the debtor attorney, and interested parties on April 25, 2023.

                                  /s/ MARISSA SILVA
                                  MARISSA SILVA