1  THOMAS H. CASEY, TRUSTEE (State Bar No. 138264)
   26400 La Alameda, Suite 210
2  Mission Viejo, CA 92691
   Telephone:   (949) 766-8787
3  Facsimile:   (949) 766-9896

4                     UNITED STATES BANKRUPTCY COURT
                       CENTRAL DISTRICT OF CALIFORNIA
5                            SANTA ANA DIVISION

6  In Re:                                    Case No.: 23-10530-SC

7  PRESTIGE AUTO SPECIALISTS, INC.
                                              Chapter 7
8
                                              NOTICE OF CONTINUED MEETING OF
9                                             CREDITORS AND APPEARANCE OF
                                              DEBTOR [11 USC 341(a)]
10
                      Debtor.
11
   COUNSEL: THOMAS J POLIS
12 TO THE ABOVE NAMED DEBTOR:

13      You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C.
   Section 341(a) in the above-entitled matter was continued to 05/30/2023 at 11:00 AM, for the
14 reason set forth below.  Because of developing issues with the COVID-19 virus and the
   national declaration of emergency by the President of the United States, §341 Meeting of
15 Creditors will be conducted telephonically.  Conference Line: 1-866-915-2046, Participant
   Code: 5508970#.  Please contact the Trustee for further instructions.
16
       You failed to appear telephonically at the 341(a) meeting previously scheduled in your
17     matter. You are further notified that in the event you do not appear telephonically, a motion
       to dismiss your case may be filed by the trustee.
18
   Prestige Auto Specialists, Inc.
19 1240 N. Van Buren Street, Suite 103
   Anaheim, CA 92807
20
   Thomas J Polis
21 19800 Macarthur Blvd Ste 1000
   Irvine, CA 926122433
22
   Dated:    May 16, 2023                     /s/ THOMAS H. CASEY
23                                            THOMAS H. CASEY, TRUSTEE

24      I certify that I served the within notice on the above debtor and the debtor attorney,
   and interested parties on May 16, 2023.
                                              /s/ MARISSA SILVA
                                              MARISSA SILVA